UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES LACHNEY | CIVIL ACTION NO. 07-cv-0398 |
| VERSUS | JUDGE HICKS |
| CHARLES GRAY | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED THAT** the **Motion for Summary Judgment (Doc. 37)** filed by Charles Gary, Norman McKellar, Jeffory Kain, and Jennifer McDaniel is hereby **GRANTED**, all claims against those defendants are **dismissed with prejudice**, and this case shall be **CLOSED**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 20th day April, 2009.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE